UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KANE ALLEN WEEKS,

    Plaintiff,

v.                                                Case No. 8:23-cv-2011-WFJ-AAS

PASCO COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER

    *Pro se* Plaintiff Kane Allen Weeks, a pretrial detainee at the Pasco County Detention Center, initiated this action by filing an untitled one-page document. (Doc. 1). Mr. Weeks states that he "need[s] to seek relief from people targeting citizens with microwave technology." (*Id.*) According to Mr. Weeks, "[p]eople are targeting a person's very unique and specific brainwave frequency with amplified, modulated signals broadcast on the same frequency as the individual's brainwave frequency." (*Id.*) He claims that he is among the "targeted individual[s] [who] are being overexposed to ionizing radiation which causes cancer and is cruel and unusual punishment, and often double jeopardy." (*Id.*) Mr. Weeks also alleges that unidentified persons "illegally accessed" his "fMRI report" so that his "unique frequency could be targeted." (*Id.*) Finally, he claims that the Pasco County Sheriff's Office "refuses to let [him] make a report" about these matters. (*Id.*)

    The Court liberally construes Mr. Weeks's filing as a civil-rights complaint and dismisses it as frivolous under the screening provisions of 28 U.S.C. § 1915A. "A claim is

frivolous if it is without arguable merit either in law or fact," including where it "describ[es] fantastic or delusional scenarios." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001). Section 1915A grants courts "the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." *Id.*

Mr. Weeks's complaint must be dismissed as frivolous because it rests on a "fantastic or delusional scenario[]" involving the use of microwave radiation to target individual citizens. *Id.*; *see also Clemons v. Cohen*, No. 21-cv-485-JB-MU, 2022 WL 2032299, at *3 (S.D. Ala. Apr. 15, 2022) ("Federal courts routinely dismiss allegations that the CIA, FBI, NSA, and other governmental agencies or officials are targeting individual citizens with the intention to track, surveil, monitor, attack, or torture these individuals with directed energy weapons, microwave radiation, satellite technology, and the like as factually frivolous under § 1915, finding that these allegations are fanciful, fantastic, delusional, irrational, or wholly incredible."), *adopted by* 2022 WL 1997627 (S.D. Ala. June 6, 2022).

Accordingly, it is **ORDERED** that Mr. Weeks's construed civil-rights complaint (Doc. 1) is **DISMISSED** as frivolous under 28 U.S.C. § 1915A. The Clerk is directed to enter judgment against Mr. Weeks, terminate any pending motions as moot, and close this case.

**DONE** and **ORDERED** in Tampa, Florida, on September 8, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE